UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RODNEY B. JONES | CIVIL ACTION NO. 04-1565-P |
| versus | JUDGE HICKS |
| PAM HEARN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Plaintiff has filed a Motion for Court-Appointed Medical Expert (Doc. 47) and a Motion for Independent Medical Examination (Doc. 46). Plaintiff requests testing to determine whether prison officials were correct when they determined that he had a positive reaction to his May 2004 annual PPD skin test. The undersigned recently recommended that summary judgment be granted for Defendants in this case, so the two motions are **DENIED**. Plaintiff may re-urge his requests if summary judgment is not granted by the district judge.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 6th day of September, 2005.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE