U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 27 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RODNEY JONES | CIVIL ACTION NO. 04-1565-P |
| versus | JUDGE S. MAURICE HICKS, JR. |
| PAM HEARN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 38)** is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's **Motion for Summary Judgment (Doc. 43)** is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27 day of September, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE